Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, AK 99501
Phone: 907-274-0666
Fax:   907-277-4657
Email: rweddle@hwb-law.com
Counsel for Defendant Resolve Marine Group, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DENNIS ALAKAYAK; WASSILIE ALFRED; JOHN P. ANDREW; STEVE BORBRIDGE; KYLE CATALONE; SARA CATALONE; BILLY DICK; OLGA DICK; CARLOS EVON; GEROGE EVON; WILLIAM GLOKO; AARON JOHN; DIANE MOCHIN; ALEXIE NOSE JR.; COREY PHILLIP; DAVID PHILLIP RHONA SHAVINGS; ANNIE TUGATUK; AUSTIN WALDRON; AND SAMMIE WASKA,<br><br>            Plaintiffs,<br><br>v.<br><br>CHARLES BURRECE; JOHN DOES 1-5; TRIDENT SEAFOODS CORPORATION; MAGONE MARINE SERVICES, INC.; DANIEL MAGONE; AND RESOLVE MARINE GROUP, INC.,<br><br>            Defendants. | USDC No. 3:14-___-____ |

## NOTICE OF REMOVAL

Defendant Resolve Marine Group, Inc. (hereinafter "Resolve"), hereby provides notice of removal of this action from the Superior Court for the State of Alaska, Third Judicial District at Dillingham, pursuant to 28 U.S.C.

Dennis Alakayak, et al v. Charles Burrece, et al
USDC Case No. 3:14-_____
NOTICE OF REMOVAL
Page
Case 3:14-cv-00006-JWS   Document 1   Filed 01/14/14   Page 1 of 4

§§1333, 1441 and 1446. In support of this notice, Resolve asserts:

1. Resolve is a named defendant in a civil action commenced in the Superior Court for the State of Alaska, Case No. 3DI-13-131 CI, in which the plaintiffs assert maritime claims arising out of the sinking of the F/V Lone Star, and the salvage of said vessel. Claims asserted in that action against Resolve and other defendants are subject to federal maritime law. A copy of the compliant is attached as Exhibit A.

2. Jurisdiction in this court is proper pursuant to 28 U.S.C. §1333 and 28 U.S.C. §1441, which was recently revised. See *Bridges v. Phillips 66 CO*, Case No. 13-477-JJB, 2013 WL 6092803 (M.D. La. Nov. 19, 2013) (discussing impact of revision on removability of general maritime claims), *Wells v. Abbe's Boat Rentals, Inc.*, 2013 AMC 2208 (S.D. Tex. June 18, 2013) (same), *Ryan v. Hercules Offshore, Inc.*, ----F.Supp.2d----, Case No. H-12-3510, 2013 WL 1967315 (S.D. Tex. May 13, 2013) (same).

3. This notice is timely under 28 U.S.C. §1446 in that it is made within 30 days "after the receipt by defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based". Resolve accepted

Dennis Alakayak, et al v. Charles Burrece, et al
USDC Case No. 3:14-_____
NOTICE OF REMOVAL
Page 2
Case 3:14-cv-00006-JWS   Document 1   Filed 01/14/14   Page 2 of 4

service of the complaint on December 23, 2013. Counsel for Resolve avers that all defendants, through counsel, have consented to removal of this case to the United State Federal District Court, per 28 U.S.C. §1441(b)(2), by advising counsel for Resolve of said consent.

4. At the time of this filing, plaintiffs have requested a jury.

5. At the same time as the filing of this notice, Resolve has served by mail a copy of this notice on counsel for all parties and has filed by mail a notice of this removal, mailed to the Superior Court for the State of Alaska, Third Judicial District at Dillingham. A copy of that notice is attached as Exhibit B.

DATED this 14th day of January 2014, at Anchorage, Alaska.

> HOLMES WEDDLE & BARCOTT, PC
> Attorneys for Defendant Resolve Marine Group, Inc.
>
> By: s/ Randall J. Weddle
> Randall J. Weddle
> 701 West 8th Avenue, Suite 700
> Anchorage, Alaska 99501
> Phone: (907) 274-0666
> Fax: (907) 277-4657
> Rweddle@hwb-law.com

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

## CERTIFICATE OF SERVICE

I hereby certify that, on the 14th day of January 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mryon Angstman, Esq.
Angstman Law Office
P.O. Box 758
Bethel, AK 99559

Russell L. Winner, Esq.
Adam L. Winner, Esq.
Winner & Associates, P.C.
900 West 4th Avenue, Ste 700
Anchorage, AK 99501

Ken G. Hannam, Esq.
Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
431 W. 7th Avenue, Ste 207
Anchorage, AK 99501

Herbert H. Ray, Jr., Esq.
Keesal, Young Logan
1029 W. 3rd Avenue, Ste 650
Anchorage, AK 99501

Thomas G. Waller, Esq.
Bauer Moynihan Johnson, LLP
2101 W. 4th Avenue, Ste 2400
Seattle, WA 98121-2324

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Not Applicable.

s/ Randall J. Weddle
Randall J. Weddle

X:\rjw\Resolve - Fed Ct - Notice of Removal.011314.doc

Dennis Alakayak, et al v. Charles Burrece, et al
USDC Case No. 3:14-_____
NOTICE OF REMOVAL
Page 4

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657