HERBERT H. RAY, JR.
Alaska Bar No. 8811201
bert.ray@kyl.com
DOUGLAS R. DAVIS
Alaska Bar No. 7605022
doug.davis@kyl.com
KEESAL, YOUNG & LOGAN
1029 West Third Avenue, Suite 650
Anchorage, Alaska 99501-1954
Telephone: (907) 279-9696
Facsimile: (907) 279-4239

Attorneys for Defendant
TRIDENT SEAFOODS CORPORATION

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| DENNIS ALAKAYAK; WASSILIE ALFRED; JOHN P. ANDREW; STEVE BORBRIDGE; KYLE CATALONE; SARA CATALONE; BILLY DICK; OLGA DICK; CARLOS EVON; GEORGE EVON; WILLIAM GLOKO AARON JOHN; DIANE MOCHIN; ALEXIE NOSE, JR.; COREY PHILLIP; DAVID PHILLIP; RHONA SHAVINGS; ANNIE TUGATUK; AUSTIN WALDRON; and SAMMIE WASKA,<br><br>                  Plaintiff,<br><br>vs.<br><br>CHARLES BURRECE; JOHN DOES 1-5; TRIDENT SEAFOODS CORPORATION; MAGONE MARINE SERVICE, INC.; DANIEL MAGONE; and RESOLVE MARINE GROUP, INC.,<br><br>                  Defendants. | Case No. 3:14-CV-00006-JWS<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal by Plaintiffs listed below of all claims which they may have against all Defendants in this matter, with prejudice, the parties to bear their respective costs and fees:

John P. Andrew, Jr.

Steve Borbridge

Kyle Catalone

Billy Dick

Olga Dick

William Gloko

Aaron John

Diane Mochin

Rhona Shavings

Annie Tugatuk

Austin Waldron

KEESAL, YOUNG & LOGAN
Counsel for Defendants
TRIDENT SEAFOODS CORPORATION

DATED: 7/20/14

By: _____
Douglas R. Davis
Alaska Bar No. 7605022

Alaska Bar No. 8811201

ANGSTMAN LAW OFFICE
Counsel for Plaintiffs

DATED: 6/19/14

By: _____
Myron E. Angstman
Alaska Bar No. 7410057

STIPULATION FOR DISMISSAL WITH PREJUDICE
*DENNIS ALAKAYAK, et al. v. CHARLES BURRECE, et al.*
Case No. 3:14-CV-00006-JWS

|   |   |   |
|---|---|---|
| | | WINNER & ASSOCIATES<br>Counsel for Plaintiffs |
| DATED: 6/19/14 | By: _____<br>Russell L. Winner<br>Alaska Bar No. 7811149 |
| | | MATTHEWS & ZAHARE<br>Counsel for Defendant<br>CHARLES BURRECE |
| DATED: 7/1/2014 | By: _____<br>Kenneth G. Hannam<br>Alaska Bar No. 8310146 |
| | | BAUER MOYNIHAN & JOHNSON, LLP<br>Counsel for Defendants<br>MAGONE MARINE SERVICE, INC. and<br>DANIEL MAGONE |
| DATED: 7-14-14 | By: _____<br>Thomas G. Waller<br>Alaska Bar No. 0109052 |
| | | HOLMES WEDDLE & BARCOTT, P.C.<br>Counsel for Defendant<br>RESOLVE MARINE GROUP, INC. |
| DATED: 6-30-2014 | By: _____<br>Randall J. Weddle<br>Alaska Bar No. 7206034 |

STIPULATION FOR DISMISSAL WITH PREJUDICE
*DENNIS ALAKAYAK, et al. v. CHARLES BURRECE, et al.*
Case No. 3:14-CV-00006-JWS

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on the 22 day of July, 2014 I caused a true and correct copy of the foregoing |
| 3 | STIPULATION FOR DISMISSAL WITH PREJUDICE to be served electronically via CM/ECF in accordance |
| 4 | with the Court's electronic filing procedures on the following: |
| 5 | |
| 6 | Myron Angstman<br>Angstman Law Office<br>P.O. Box 585 |
| 7 | Bethel, AK 99559<br>*Co-Counsel for Plaintiffs* |
| 8 | angstmanlaw@alaska.com |
| 9 | Russell L. Winner<br>Winner & Associates, P.C. |
| 10 | 900 West Fifth Avenue, Suite 700<br>Anchorage, AK 99501 |
| 11 | *Co-Counsel for Plaintiffs*<br>rwinner@winnerlaw.com |
| 12 | |
| 13 | Kenneth G. Hannam<br>Thomas A. Matthews<br>Matthews & Zahare, P.C. |
| 14 | 911 West Eighth Avenue, Suite 400<br>Anchorage, AK 99501 |
| 15 | *Counsel for Defendant Charles Burrece*<br>ken.hannam@matthewszahare.com |
| 16 | tom.matthews@matthewszahare.com |
| 17 | Thomas G. Waller<br>Bauer Moynihan & Johnson, LLP |
| 18 | 2101 Fourth Avenue, Suite 2400<br>Seattle, WA 98121-2324 |
| 19 | *Counsel for Defendants Magone Marine Service, Inc. and Daniel Magone* |
| 20 | tgwaller@bmjlaw.com |
| 21 | Randall J. Weddle<br>Holmes Weddle & Barcott, P.C. |
| 22 | 701 West Eighth Avenue, Suite 700<br>Anchorage, AK 99501-3408 |
| 23 | *Counsel for Defendant Resolve Marine Group, Inc.*<br>RWeddle@hwb-law.com |
| 24 | |
| 25 | s/Herbert H. Ray, Jr. |
| 26 | 6282-21/#KYL_AA202131 |

STIPULATION FOR DISMISSAL WITH PREJUDICE
*DENNIS ALAKAYAK, et al. v. CHARLES BURRECE, et al.*
Case No. 3:14-CV-00006-JWS

Page 4 of 4