Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, AK 99501
Phone: 907-274-0666
Fax:   907-277-4657
Email: rweddle@hwb-law.com
Counsel for Defendant Resolve Marine Group, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DENNIS ALAKAYAK; WASSILIE ALFRED; JOHN P. ANDREW; STEVE BORBRIDGE; KYLE CATALONE; SARA CATALONE; BILLY DICK; OLGA DICK; CARLOS EVON; GEROGE EVON; WILLIAM GLOKO; AARON JOHN; DIANE MOCHIN; ALEXIE NOSE JR.; COREY PHILLIP; DAVID PHILLIP RHONA SHAVINGS; ANNIE TUGATUK; AUSTIN WALDRON; AND SAMMIE WASKA, <br><br>        Plaintiffs, <br><br>v. <br><br>CHARLES BURRECE; JOHN DOES 1-5; TRIDENT SEAFOODS CORPORATION; MAGONE MARINE SERVICES, INC.; DANIEL MAGONE; AND RESOLVE MARINE GROUP, INC., <br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) USDC No.3:14-cv-00006-JWS |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal by Plaintiffs of all claims against

Stipulation for Dismissal with Prejudice
Dennis Alakayak, et al v. Charles Burrece, et al
USDC Case No. 3:14-CV-00006-JWS
Page 1

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

Defendants Magone Marine Services, Inc., Daniel Magone, and Resolve Marine Group, Inc., with prejudice, each party to bear it own costs and attorney fees. Dismissal of these defendants from the litigation arises as a result of settlement.

DATE: 6/19/14

ANGSTMAN LAW OFFICE
Attorneys Plaintiffs

By: _____
Myron Angstman
P.O. Box 585
Bethel, AK 99559
Ph- 907-543-2972
Angstmanlaw@alaska.com

DATE: 6/19/14

WINNER & ASSOCIATES, P.C.
Attorneys Plaintiffs

By: _____
Russell L. Winner
900 West 5th Avenue, Ste 700
Anchorage, AK 99501
277-9522
rwinner@winnerlaw.com

DATE: 7/23/14

HOLMES WEDDLE & BARCOTT, PC
Attorneys for Defendant Resolve Marine Group, Inc.

By: _____
Randall J. Weddle
701 West 8th Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907) 274-0666
Fax: (907) 277-4657
Rweddle@hwb-law.com

Stipulation for Dismissal with Prejudice
Dennis Alakayak, et al v. Charles Burrece, et al
USDC Case No. 3:14-CV-00006-JWS
Page 2

DATE: 7-14-14

BAUER MOYNIHAN JOHNSON, LLP
Attorneys for Defendants Magone Marine Services, Inc. and Daniel Magone

By: _____
Thomas G. Waller, Esq.
Bauer Moynihan Johnson, LLP
2101 W. 4th Avenue, Ste 2400
Seattle, WA 98121-2324
tgwaller@bmjlaw.com

DATE: June 2, 2014

MATTHEWS & ZAHARE, P.C.
Attorneys for Defendant Charles Burrece

By: _____
for Thomas A. Matthews, Esq.
Ken G. Hannam, Esq.
911 W. 8th Avenue, Ste 400
Anchorage, AK 99501
276-4331
tom.matthews@matthewszahare.com
ken.hannam@matthewszahare.com

DATE: 7/14/14

KEESAL, YOUNG LOGAN
Attorneys for Defendant Trident Seafoods Corporation

By: _____
Herbert H. Ray, Jr., Esq.
Doug Davis, Esq.
1029 W. 3rd Avenue, Ste 650
Anchorage, AK 99501
264-0523
doug.davis@kyl.com
bert.ray@kyl.com

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

Stipulation for Dismissal with Prejudice
Dennis Alakayak, et al v. Charles Burrece, et al
USDC Case No. 3:14-CV-00006-JWS
Page 3

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 21st day of July, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mryon Angstman, Esq.
Angstman Law Office
P.O. Box 585
Bethel, AK 99559
Angstmanlaw@alaska.com

Russell L. Winner, Esq.
Adam L. Winner, Esq.
Winner & Associates, P.C.
900 West 4th Avenue, Ste 700
Anchorage, AK 99501
awinner@winnerlaw.com

Ken G. Hannam, Esq.
Thomas A. Matthews, Esq.
Matthews & Zahare, P.C.
911 W. 8th Avenue, Ste 400
Anchorage, AK 99501
tom.matthews@matthewszahare.com
ken.hannam@matthewszahare.com

Herbert H. Ray, Jr., Esq.
Keesal, Young Logan
1029 W. 3rd Avenue, Ste 650
Anchorage, AK 99501
doug.davis@kyl.com
bert.ray@kyl.com

Thomas G. Waller, Esq.
Bauer Moynihan Johnson, LLP
2101 W. 4th Avenue, Ste 2400
Seattle, WA 98121-2324
tgwaller@bmjlaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Stipulation for Dismissal with Prejudice
Dennis Alakayak, et al v. Charles Burrece, et al
USDC Case No. 3:14-CV-00006-JWS
Page 4

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

Adam L. Winner, Esq.
Winner & Associates, P.C.
900 West 4th Avenue, Ste 700
Anchorage, AK 99501

                          s/ Randall J. Weddle
                          Randall J. Weddle

X:\7\27678\pld\Stipulation Dismissal with Prejucice.doc

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

Stipulation for Dismissal with Prejudice
Dennis Alakayak, et al v. Charles Burrece, et al
USDC Case No. 3:14-CV-00006-JWS
Page 5