Thomas A. Matthews, Esq.
Kenneth G. Hannam, Esq.
Matthews & Zahare PC
911 W. 8th Ave., Suite 400
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
tom@matthewszahare.com
ken@matthewszahare.com

Counsel for Defendant Charles Burrece

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DENNIS ALAKAYAK; WASSILIE ALFRED; JOHN P. ANDREW; STEVE BORBRIDGE; KYLE CATALONE; SARAH CATELONE; BILLY DICK; OLGA DICK; CARLOS EVON; GEORGE EVON; WILLIAM GLOKO; AARON JOHN; DIANE MOCHIN; ALEXIE NOSE, JR. COREY PHILLIP; DAVID PHILLIP; RHONA SHAVINGS; ANNIE TAGATUK; AUSTIN WALDRON; and SAMMIE WASKA, | ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) Case No.: 3:14-cv-00006-JWS ) Superior Court Case No. |
| vs. | ) 3DI-13-00131 CI ) |
| CHARLES BURRECE; JOHN DOES 1-5; TRIDENT SEAFOODS CORPORATION; MAGONE MARINE SERVICE, INC.; DANIEL MAGONE; and RESOLVE MARINE GROUP, INC., | ) ) ) ) **STIPULATION FOR DISMISSAL** ) **WITH PREJUDICE** ) |
| Defendants. | ) ) |

Pursuant to FRCP 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal by

the Plaintiffs listed below of all claims which they may have against all Defendants in

this matter, with prejudice, the parties to bear their respective costs and fees:

Stipulation for Dismissal with Prejudice
*Alakayak et al. vs Burrece, et al.* 3:14-cv-00006 JWS (St. Court No. 3DI-13-00131 CI)
KGH:jlw/537-1\StipDismissal (2)

Page 1

Case 3:14-cv-00006-JWS   Document 38   Filed 05/15/15   Page 1 of 4

Corey Philips

David Philips

Dennis Alakayak

George Evon

Sammy Waska

Alexi Nose

Sarah Catalone

Wassilie Alfred

ANGSTMAN LAW OFFICES
Counsel for Plaintiffs

Dated ___5/14/15___   By _____
                         Myron Angstman
                         Alaska Bar No.: 7410057
                         P.O. Box 585
                         Bethel, AK 99559
                         Phone: (907) 543-2972
                         Fax: (907) 543-3394
                         Angstmanlaw@alaska.com

WINNER & ASSOCIATES
Counsel for Plaintiffs

Dated ___5/14/15___   By _____
                         Russel L. Winner
                         Alaska Bar No.: 7811149
                         900 W. 5th Ave., Suite 700
                         Anchorage, AK 99501
                         Phone: (907) 277-9522
                         Fax: (907) 277-4510
                         rwinner@winnerlaw.com

MATTHEWS & ZAHARE, P.C.
ATTORNEYS AT LAW
911 WEST 8TH AVE., SUITE 400
ANCHORAGE, AK 99501
TEL (907) 276-1516 • FAX (907) 276-8955
E-MAIL: mzlaw@matthewszahare.com

Stipulation for Dismissal with Prejudice
*Alakayak et al. vs Burrece, et al.* 3:14-cv-00006 JWS (St. Court No. 3DI-13-00131 CI)
KGH:jlw/527.1/StipDismissal(2)

Case 3:14-cv-00006-JWS   Document 38   Filed 05/15/15   Page 2 of 4

Page 2

MATTHEWS & ZAHARE P.C.,
Counsel for Defendant Charles Burrece

Dated  5/15/2015

By: _____
Kenneth G. Hannam
Alaska Bar No. 8310146
Matthews & Zahare PC
911 W. 8th Ave., Suite 400
Anchorage, AK 99501
Phone:  (907) 276-1516
Fax:  (907) 276-8955
tom@matthewszahare.com
ken@matthewszahare.com

KEESAL, YOUNG & LOGAN
Counsel for Defendant Trident Seafoods Corp.

Dated  5/4/15

By _____  Bar no. 1311877
for  Herbert H. Ray, Jr.
Alaska Bar No.:  8811201
Kessal, Young & Logan
1029 W. 3rd Ave., Suite 650
Anchorage, AK 99501
Phone:  (907) 279-9696
Fax:  (907) 279-4329
Bert.ray@kyl.com

MATTHEWS & ZAHARE, P.C.
ATTORNEYS AT LAW
911 WEST 8TH AVE., SUITE 400
ANCHORAGE, AK 99501
TEL (907) 276-1516 • FAX (907) 276-8955
E-MAIL: mzlaw@matthewszahare.com

Stipulation for Dismissal with Prejudice
*Alakayak et al. vs Burrece, et al.* 3:14-cv-00006 JWS (St. Court No. 3DI-13-00131 CI)
KGH:jlw/527-1/StipDismissal (2)
Page 3

Case 3:14-cv-00006-JWS   Document 38   Filed 05/15/15   Page 3 of 4

CERTIFICATE OF SERVICE

I certify that the foregoing was sent
Via CM/ECF by mail this 15th day of
May 2015 to the following:

Myron Angstman, Esq.
Angstman Law Offices
P.O. Box 585
Bethel, AK 99559
*Co-Counsel for Plaintiffs*
*Angstmanlaw@alaska.com*

Adam L. Winner, Esq.
Russell L. Winner, Esq.
Winner & Associates, P.C.
900 W. 5th Ave., Suite 700
Anchorage, AK 99501
*Co-Counsel for Plaintiffs*
*awinner@winnerlaw.com*
*rwinner@winnerlaw.com*

Herbert Ray, Jr., Esq.
Keesal, Young & Logan
1029 W. 3rd Ave., Suite 650
Anchorage, AK 99501
*Counsel for Def. Trident Seafoods Corp.*
*bert.ray@kyl.com*

By   /s/ Thomas A. Matthews

MATTHEWS & ZAHARE, P.C.
ATTORNEYS AT LAW
911 WEST 8TH AVE., SUITE 400
ANCHORAGE, AK 99501
TEL (907) 276-1516 • FAX (907) 276-8955
E-MAIL: mzlaw@matthewszahare.com

Stipulation for Dismissal with Prejudice
*Alakayak et al. vs Burrece, et al.* 3:14-cv-00006 JWS (St. Court No. 3DI-13-00131 CI)
KGH:jlw/537.1/StipDismissal (2)