## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

DENNIS ALAKAYAK, *et al.*     v.     CHARLES BURRECE, *et al.*

THE HONORABLE JOHN W. SEDWICK     CASE NO. 3:14-cv-00006-JWS

PROCEEDINGS: **ORDER FROM CHAMBERS**     Date: May 25, 2015

All claims asserted by all remaining Plaintiffs (with the exception of Carlos Evon) against all remaining Defendants, including without limitation, Defendants Charles Burrece, Trident Seafoods Corporation, and John Does 1-5, are DISMISSED with prejudice, each party to bear its own costs and attorney's fees.