Thomas A. Matthews, Esq.
Kenneth G. Hannam, Esq.
Matthews & Zahare PC
911 W. 8th Ave., Suite 400
Anchorage, AK 99501
Phone: (907) 276-1516
Fax: (907) 276-8955
tom@matthewszahare.com
ken@matthewszahare.com

Counsel for Defendant Charles Burrece

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DENNIS ALAKAYAK; WASSILIE ALFRED; JOHN P. ANDREW; STEVE BORBRIDGE; KYLE CATALONE; SARAH CATELONE; BILLY DICK; OLGA DICK; CARLOS EVON; GEORGE EVON; WILLIAM GLOKO; AARON JOHN; DIANE MOCHIN; ALEXIE NOSE, JR. COREY PHILLIP; DAVID PHILLIP; RHONA SHAVINGS; ANNIE TAGATUK; AUSTIN WALDRON; and SAMMIE WASKA,<br><br>Plaintiffs,<br>vs.<br><br>CHARLES BURRECE; JOHN DOES 1-5; TRIDENT SEAFOODS CORPORATION; MAGONE MARINE SERVICE, INC.; DANIEL MAGONE; and RESOLVE MARINE GROUP, INC.,<br><br>Defendants. | Case No.: 3:14-cv-00006-JWS<br>Superior Court Case No.<br>3DI-13-00131 CI<br><br><br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE (CARLOS EVON)** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal of the remaining **Plaintiff Carlos Evon** of all claims which he may have

Stipulation for Dismissal with Prejudice (Carlos Evon)
*Alakayak et al. vs Burrece, et al.* 3:14-cv-00006 JWS (St. Court No. 3DI-13-00131 CI)
KGH:jlw/527-1/StipDismissalCarlos

Case 3:14-cv-00006-JWS   Document 41   Filed 06/05/15   Page 1 of 3

Page 1

against all Defendants in this matter, with prejudice, the parties to bear their respective costs and fees.

ANGSTMAN LAW OFFICES
Counsel for Plaintiffs

Dated 6/4/15       By _____
                   Myron Angstman
                   Alaska Bar No.: 7410057
                   P.O. Box 585
                   Bethel, AK 99559
                   Phone: (907) 543-2972
                   Fax: (907) 543-3394
                   Angstmanlaw@alaska.com

WINNER & ASSOCIATES
Counsel for Plaintiffs

Dated 6/4/15       By _____
                   Russel L. Winner
                   Alaska Bar No.: 7811149
                   900 W. 5th Ave., Suite 700
                   Anchorage, AK 99501
                   Phone: (907) 277-9522
                   Fax: (907) 277-4510
                   rwinner@winnerlaw.com

MATTHEWS & ZAHARE P.C.,
Counsel for Defendant Charles Burrece

Dated 6/5/15       By: _____
                   Thomas A. Matthews
                   Alaska Bar No. 8511179
                   Matthews & Zahare PC
                   911 W. 8th Ave., Suite 400
                   Anchorage, AK 99501
                   Phone: (907) 276-1516
                   Fax: (907) 276-8955
                   tom@matthewszahare.com
                   ken@matthewszahare.com

MATTHEWS & ZAHARE, P.C.
ATTORNEYS AT LAW
911 WEST 8TH AVE., SUITE 400
ANCHORAGE, AK 99501
TEL (907) 276-1516 • FAX (907) 276-8955
E-MAIL: mzlaw@matthewszahare.com

Stipulation for Dismissal with Prejudice (Carlos Evon)
*Alakayak et al. vs Burrece, et al.* 3:14-cv-00006 JWS (St. Court No. 3DI-13-00131 CI)
KGH:jlw/527-1/StipDismissalCarlos                                    Page 2
Case 3:14-cv-00006-JWS   Document 41   Filed 06/05/15   Page 2 of 3

KEESAL, YOUNG & LOGAN
Counsel for Defendant Trident Seafoods Corp.

Dated 6/9/2015      By /s/ Herbert H. Ray

Herbert H. Ray, Jr.
Alaska Bar No.: 8811201
Kessal, Young & Logan
1029 W. 3rd Ave., Suite 650
Anchorage, AK 99501
Phone: (907) 279-9696
Fax: (907) 279-4329
Bert.ray@kyl.com

CERTIFICATE OF SERVICE

I certify that the foregoing was sent Via CM/ECF by mail this 5th day of June 2015 to the following:

Myron Angstman, Esq.
Angstman Law Offices
P.O. Box 585
Bethel, AK 99559
*Co-Counsel for Plaintiffs*
*Angstmanlaw@alaska.com*

Adam L. Winner, Esq.
Russell L. Winner, Esq.
Winner & Associates, P.C.
900 W. 5th Ave., Suite 700
Anchorage, AK 99501
*Co-Counsel for Plaintiffs*
*awinner@winnerlaw.com*
*rwinner@winnerlaw.com*

Herbert Ray, Jr., Esq.
Keesal, Young & Logan
1029 W. 3rd Ave., Suite 650
Anchorage, AK 99501
*Counsel for Def. Trident Seafoods Corp.*
*bert.ray@kyl.com*

By /s/ Thomas A. Matthews

Stipulation for Dismissal with Prejudice (Carlos Evon)
*Alakayak et al. vs Burrece, et al.* 3:14-cv-00006 JWS (St. Court No. 3DI-13-00131 CI)
KGH:jlw/527-1/StipDismissalCarlos
Case 3:14-cv-00006-JWS   Document 41   Filed 06/05/15   Page 3 of 3
Page 3

MATTHEWS & ZAHARE, P.C.
ATTORNEYS AT LAW
911 WEST 8TH AVE., SUITE 400
ANCHORAGE, AK 99501
TEL (907) 276-1516 • FAX (907) 276-8955
E-MAIL: mzlaw@matthewszahare.com