IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DENNIS ALAKAYAK; WASSILIE ALFRED; JOHN P. ANDREW; STEVE BORBRIDGE; KYLE CATALONE; SARAH CATELONE; BILLY DICK; OLGA DICK; CARLOS EVON; GEORGE EVON; WILLIAM GLOKO; AARON JOHN; DIANE MOCHIN; ALEXIE NOSE, JR. COREY PHILLIP; DAVID PHILLIP; RHONA SHAVINGS; ANNIE TAGATUK; AUSTIN WALDRON; and SAMMIE WASKA,<br><br>    Plaintiffs,<br>vs.<br><br>CHARLES BURRECE; JOHN DOES 1-5; TRIDENT SEAFOODS CORPORATION; MAGONE MARINE SERVICE, INC.; DANIEL MAGONE; and RESOLVE MARINE GROUP, INC.,<br><br>    Defendants. | Case No.: 3:14-cv-00006-JWS |

## ORDER FOR DISMISSAL OF CARLOS EVON WITH PREJUDICE

All claims asserted by the remaining Plaintiff Carlos Evon against all remaining Defendants, including without limitation, Defendants Charles Burrece, Trident Seafoods Corporation, and John Does 1-5, are **DISMISSED** with prejudice, each party to bear its own costs and attorney's fees.

Dated this 9th day of June, 2015.

                                          s/JOHN W. SEDWICK
                                          United States District Judge